UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| HOME LEGEND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| MANNINGTON MILLS, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**

Plaintiff by its attorneys, Shumaker, Loop & Kendrick, LLP and the Law Offices of Edward Hine, Jr., P.C., for its Declaratory Judgment Complaint against the Defendant, alleges and says:

**Jurisdiction and Venue**

1.    This action is instituted under 28 U.S.C. §§ 2201 and 2202 by Home Legend, LLC ("Home Legend") for a Declaratory Judgment of non-infringement, invalidity and unenforceability of a certain United States Copyright alleged by Defendant Mannington Mills, Inc. ("Mannington") to be owned and/or licensed by Mannington arising from an actual and justiciable controversy between Home Legend and Mannington as to the validity, scope, infringement and enforceability of the copyright; because of alleged unauthorized use by Home Legend of the work purportedly embodied in and covered by Mannington's copyright.  The amount in controversy between Plaintiff and Defendant exceeds the sum or value of $75,000 exclusive of interest and costs.

1

2. This Court has jurisdiction of this action under 28 U.S.C. §§ 1331, 1332, 2201 and 2202, and under the jurisdictional laws of the State of Georgia.

3. Venue is proper in this Court under 28 U.S.C. §1391(b) and (c) and 28 U.S.C. §1400.

## The Parties

4. Plaintiff Home Legend is a corporation organized under the laws of California, having a principal place of business at 100 Eagle Parkway, Adairsville, Georgia, within this District and Division. Home Legend is engaged in the business of manufacturing and selling flooring products, including laminated wood flooring.

5. Upon information and belief, Defendant Mannington is a corporation organized and existing under the laws of the state of New Jersey having a principal place of business in Calhoun, Georgia, within this District and Division, and doing business throughout the United States.

## Claim for Relief

6. Home Legend seeks a declaration by this Court that it is not infringing U.S. Copyright Registration No. VA-1-746-071, entitled "Glazed Maple Design", as asserted by Mannington, by its manufacture and sale of a wood flooring product entitled "Distressed Maple Mendocino."

7. Home Legend seeks a declaration by this Court that U.S. Copyright Registration No. VA-1-746-071, entitled "Glazed Maple Design", is invalid and unenforceable for at least the following reasons, among others:

    (A) the contents of the work purported to be registered are in the public domain;

(B) the copyright registration was not properly registered and is therefore invalid and without legal effect;

(C) any similarities between the natural wood design comprising the accused Home Legend Product and the work purported to be protected by U.S. Copyright Registration No. VA-1-746-071, entitled "Glazed Maple Design" are the result of independent creation;

(D) any similarities between the natural wood design comprising the accused Home Legend Product and the work purported to be protected by U.S. Copyright Registration No. VA-1-746-071, entitled "Glazed Maple Design" are de minimis;

(E) any similarities between the natural wood design comprising the accused Home Legend Product and the work purported to be protected by U.S. Copyright Registration No. VA-1-746-071, entitled "Glazed Maple Design" are not protectable in that the work comprises natural wood grain designs not authored by Mannington and not comprising copyrightable subject matter, as a matter of law;

(F) any similarities between the natural wood design comprising the accused Home Legend Product and the work purported to be protected by U.S. Copyright Registration No. VA-1-746-071, entitled "Glazed Maple Design" are fair use as defined in the Copyright Laws of the United States;

(G) any claim of copyright infringement by Mannington is barred by the statute of limitations, in that no claim against Home Legend arising out of the use of the design alleged to be copyrighted by Mannington was commenced by Mannington within three years after the claim accrued;

(H) Mannington has misused its copyright, to the extent, if at all, that its copyrighted work is entitled to any legal protection; and

(I)     Mannington has acquiesced in Home Legend's manufacture and sale of a wood flooring product entitled "Distressed Maple Mendocino" in such manner, to such extent and for such period of time as to render any enforcement of its U.S. Copyright Registration No. VA-1-746-071, entitled "Glazed Maple Design" unfair, unreasonable and inequitable.

WHEREFORE, Home Legend seeks judgment as follows:

1.  a declaration by this Court that Home Legend has not infringed U.S. Copyright Registration No. VA-1-746-071, entitled "Glazed Maple Design";

2.  a declaration by this Court that U.S. Copyright Registration No. VA-1-746-071, entitled "Glazed Maple Design" is invalid and unenforceable;

3.  an award of attorneys' fees and expenses to the full extent permitted by the Copyright Laws of the United States;

4.  an award of its costs in this action;

5.  a trial by jury on all claims stated herein; and

6.  for such other and further relief as the Court may deem just and proper.

This the 8th day of October, 2012.

Respectfully submitted,

s/ Bonnie Keith Green
Bonnie Keith Green
Georgia Bar Number 411315
Attorney for Plaintiff
bgreen@slk-law.com

OF COUNSEL:

Bonnie Keith Green
(GA Bar Number 411315)
W. Thad Adams, III
(*Pro Hac Vice* Admission Pending)
SHUMAKER, LOOP & KENDRICK, LLP
First Citizens Bank Plaza
128 South Tryon Street

Suite 1800
Charlotte, North Carolina 28202
Tel:	(704) 375-0057
Fax:	(704) 332-1197
E-mail:bgreen@slk-law.com
	tadams@slk-law.com

Edward Hine, Jr.
(GA Bar Number 355775)
LAW OFFICES OF EDWARD HINE, JR., P.C.
111 Bridgepoint Plaza, Suite 300
P.O. Box 5128
Rome, Georgia  30162
Tel:	(706) 291-2531
Fax:	(706) 291-1301
E-mail: ed@edwardhinelaw.com