# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 28, 2015

James N. Hatten
U.S. District Court
600 E 1ST ST
STE 304
ROME, GA 30161

Appeal Number:  14-13440-GG
Case Style: Home Legend, LLC v. Mannington Mills, Inc.
District Court Docket No: 4:12-cv-00237-HLM

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DOUGLAS J.MINCHER, Clerk of Court

Reply to:  Lois Tunstall
Phone #:  (404) 335-6224

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 14-13440
_____

District Court Docket No.
4:12-cv-00237-HLM

HOME LEGEND, LLC,

       Plaintiff - Appellee -
       Counter Defendant,

versus

MANNINGTON MILLS, INC.,

       Defendant - Appellant -
       Counter Claimant,

POWER DEKOR GROUP CO. LTD.,

       Consol Defendant - Appellee.
_____

Appeal from the United States District Court for the
Northern District of Georgia
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 29, 2015
For the Court: Douglas J. Mincher, Clerk of Court
By: Djuanna Clark

**ISSUED AS MANDATE 05/28/2015**

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. 14-13440-BB̶ GG

Home Legend, LLC  vs.  Mannington Mills, Inc.; Power Dekor Group Co. Ltd.

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | X | | 72 | 9 | 648 | 97.20 | 97.20 |
| Appendix | | X | 732 | 12 | 8784 | 1317.60 | 1317.60 |
| Appellee's Brief | | | | | | | |
| Reply Brief | X | | 44 | 9 | 396 | 59.40 | 59.40 |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $1,474.20 REQUESTED | $ 1,474.20 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _Jennifer DeRose_  
Attorney Name: Jennifer A. DeRose (Type or print your name)  
E-mail: jderose@saul.com  
Street Address/City/State/Zip: Saul Ewing LLP, 500 E. Pratt St., 8th Floor, Baltimore, MD 21202  

Date Signed: May 5, 2015  
Attorney for: Mannington Mills, Inc. (Type or print name of client)  
Phone: 410-332-8930  

---

**FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ _$1,474.20_ against _Appellee_  
and are payable directly to _Appellant_

Douglas J. Mincher, Clerk of Court  
Issued on: _____  By: _Tina Porter_  DATE: 5/20/15  
Deputy Clerk

BOC Rev.: 3/15

**ISSUED AS MANDATE 05/28/2015**